IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RACHEL KELLY, individually and                                              PLAINTIFFS
on behalf of C.O., a minor

V.                                                CIVIL ACTION NO. 1:15-CV-00117-SA-DAS

ETTA M. ROBERTS, and
JOHN DOES 1-10                                                              DEFENDANTS

AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

Upon motion *ore tenus* of the parties for a dismissal with prejudice of all claims asserted by Rachel Kelly, Individually and on behalf of C.O., a minor, against Defendant, Etta M. Roberts, in the above-referenced matter and the Court, being advised that the parties have reached a settlement and now request that the case now be dismissed with prejudice, finds that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that any and all claims of the Plaintiff, Rachel Kelly, Individually and on behalf of C.O., a minor, brought, or which could have been brought, against the Defendant, Etta M. Roberts, in the above-referenced matter shall be and are hereby dismissed with prejudice with each party to bear their own costs.

IT IS FURTHER ORDERED AND ADJUDGED that the terms and conditions of any and all releases and/or settlement agreements signed by the Plaintiff, Rachel Kelly, Individually and on behalf of C.O., a minor, are incorporated herein by reference as if fully set forth herein and the Court acknowledges that this judgment of dismissal is being entered as a condition of the settlement between the parties and the Court retains jurisdiction over the enforcement, if any, of the settlement agreement with each party bearing their own costs expenses and attorneys fees.

**SO ORDERED, this the 10th day of December, 2015.**

**/s/ Sharion Aycock**  
**UNITED STATES DISTRICT JUDGE**

AGREED:

/s/ Thomas O. Cooley_____
THOMAS O. COOLEY, MSB #10399
Attorney for Plaintiff

/s/ Reagan D. Wise_____
REAGAN D. WISE, MSB #100309
Attorney for Defendant